# United States District Court

E-FILED
Wednesday, 15 November 2006, 01:43:10 PM
Clerk, U.S. District Court, ILCD

CENTRAL DISTRICT OF ILLINOIS

FILED
NOV 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JAMES J. DENBY, JR. and
JESSICA L. RABICH

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-3052-m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 14, 2006__ in __Sangamon__ county, in the __Central__ District of __Illinois__ defendant(s):

knowingly and intentionally possessed with the intent to distribute
a mixture or substance containing methamphetamine

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

I further state that I am a(n) __DEA Task Force Agent__ and that this complaint is based on the following facts:
                                Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Sean Simpson
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 14, 2006   3:50 pm        at  Springfield, Illinois
Date                                    City and State

Byron G. Cudmore                    s/ Byron G. Cudmore
U.S. Magistrate Judge               _____
Name & Title of Judicial Officer    Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF SANGAMON )

## AFFIDAVIT

Sean Simpson, being duly sworn, states:

1.  I am an investigator with the Illinois Attorney General's Office, currently assigned as a Task Force Agent with the Drug Enforcement Administration in the Springfield, Illinois Resident Office. I have been employed with the Illinois Attorney General's Office for approximately 10 years. During my employment with the Illinois Attorney General's Office, I have participated in the preparation and execution of federal and state search warrants and arrest warrants and have conducted many investigations concerning firearm and narcotic violations.

2.  This affidavit is made in support of a complaint charging JAMES J. DENBY, JR. and JESSICA L. RABICH, with possession of a substance or mixture containing methamphetamine, a Schedule I controlled substance. A warrant for the arrest of James J. Denby, Jr. and Jessica L. Rabich is requested.

3.  I am familiar with the following facts based upon my own personal investigation or information officially furnished to me by other law enforcement agents, witnesses or confidential sources.

1

4.     On November 13, 2006, an individual contacted officers with the South Central Illinois Drug Task Force regarding a strong odor of ammonia coming from a residence located at 11490 Liberty Church Lane in Carlinville, Illinois. The individual advised that earlier in the day he was at the residence of Denby and could smell a very strong odor of anhydrous ammonia coming from a shed on the property. The individual was familiar with farming activities and knew the legitimate uses of anhydrous ammonia. The individual further advised that he did not see any farm equipment (i.e., anhydrous ammonia applicators or anhydrous tanks) on the property. Illinois State Police Inspector Brian Lawton knew from training and experience that anhydrous ammonia was commonly used in the production and manufacturing of methamphetamine. Based upon that information, a state search warrant was obtained.

5.     On November 14, 2006 the state search warrant was executed at the residence. At that time, Denby and Rabich were found lying in bed in the upstairs master bedroom. Also located in various other bedrooms of the residence were three juvenile children ages 7, 8, and 11 and one adult female.

6.     A systematic search was conducted at the residence. In the master bedroom next to the bed was a gun safe. Inside the safe was a jar containing several plastic bags of a white powdery substance. The substance was weighed

and found to be approximately 10.0 grams. The substance was later field tested and showed positive for the presence of methamphetamine. Also located in the safe was a jar containing a multi-layered liquid solution of apparent methamphetamine. The jar and solution was weighed and found to be approximately 200 grams. The solution was field tested and showed positive for the presence of methamphetamine. Located in the master bedroom closet was a Pyrex bowl containing a multi-layered liquid solution, suspected methamphetamine, setting on a hot plate. A field test of the solution was inconclusive for the presence of methamphetamine, but will be tested at a forensic laboratory at a later date. This bowl and solution was weighed and found to be approximately 300 grams. Also located in the master bedroom a 30/30 rifle, a triple beam scale, miscellaneous ammunition, and approximately 1 pound of apparent marijuana.

7.   A search of the outbuildings was conducted and agents found items commonly used in the manufacturing of methamphetamine such as glassware, Drain-O drain cleaner, salt, plastic tubing, and pseudoephedrine tablets. Agents also located in an outbuilding a container which tested positive for the presence of anhydrous ammonia. Agents also located approximately 6 pounds of apparent marijuana in one of the outbuildings.

8. When agents spoke with Denby, he indicated that he was in Springfield, Illinois all day an unknown person must have left the items that were located on his property without his knowledge. When agents spoke with Rabich, she stated that any "dope" in the house was hers. After the search of the property, agents asked Rabich what she thought they found on the property. Rabich stated that she did not know what they found on the property and that she loved Denby, and any items that were found were hers.

s/ Sean Simpson

Sean Simpson, Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 14th day of November, 2006.  3:50 PM

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

4