# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JAMES J. DENBY, JR. and
JESSICA L. RABICH

**WARRANT FOR ARREST**

FILED
NOV 15 2006
J. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: 06-3052-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JAMES J. DENBY, JR.___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

possession with the intent to distribute a substance or mixture containing methamphetamine, a Schedule I controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1).

Byron G. Cudmore
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

November 14, 2006, Springfield, Illinois
Date and Location

**BAIL FIXED AT $** ___NO BAIL___  **by**  ___BYRON G. CUDMORE___
                                                Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at ___Carlinville___

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 11/15/06 | Sean Simpson | *[signature]* |
| Date of Arrest | Title of Arresting Officer | |
| 11/14/06 | DEA/TFO | |