IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br> Plaintiff, )<br>  )<br> v. )<br>  )<br> JAMES DENBY, JR., )<br>  )<br> Defendant. ) | Docket No. 06-3052 |

## APPEARANCE

Michael J. Costello hereby enters his appearance as attorney for the Defendant,

JAMES DENBY, JR., and pleads not guilty for the Defendant,

**DEFENDANT DEMANDS TRIAL BY JURY**

JAMES DENBY, JR., Defendant

s/ Michael J. Costello
Michael J. Costello Bar No. 522627
Attorney for the Defendant
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 27th day of November, 2006 and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois this 27th day of November, 2006.

United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701

    s/ Michael J. Costello
Michael J. Costello Bar No. 522627
Attorney for the Defendant
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500