

E-FILED
Friday, 08 December, 2006 11:57:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DEC - 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-30087 |
| ) | Violations: Title 21, United |
| v. ) | States Code, Sections 841(a)(1) & |
| ) | 841(b)(1)(B) |
| JAMES J. DENBY, JR., ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about November 14, 2006, in the Central District of Illinois, the defendant,

**JAMES J. DENBY, JR.,**

knowingly and intentionally possessed with the intent to distribute 5 or more grams of Methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL,

s/ Foreperson

_____
FOREPERSON

s/ John Childress

_____
RODGER A. HEATON
UNITED STATES ATTORNEY
GKH