IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO.: 06-CR-30087 |
| JAMES J. DENBY, JR. | ) |
| Defendant. | ) |

**INFORMATION REGARDING PRIOR FELONY DRUG CONVICTIONS**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory K. Harris, pursuant to 21 U.S.C. § 851, hereby informs the defendant and the Court that the defendant has prior felony drug convictions upon which the government will rely at the time of sentencing. The convictions are for the offense of the Unlawful Delivery of Controlled Substance, and was entered on 12/21/84, in the Macoupin County Circuit Court, in Macoupin County, Illinois, in case number 84-CF-50; and Conspiracy to Distribute Controlled Substance, and was entered on 3/13/89 in the

United States District Court for the Central District of Illinois, in Springfield, Illinois, in case number 88-30034-004.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        s/ Gregory K. Harris
        Gregory K. Harris
        Illinois Bar 1135163
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL 62701
        Telephone: 217/ 492-4450
        Fax: 217/ 492-4044
        E-mail: gregory.harris@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>December 8, 2006</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael J. Costello
    Costello Law Office
    820 South Second Street
    First Floor
    Springfield, IL 62704

                                      <u>s:/Gregory K. Harris</u>
                                      Gregory K. Harris