E-FILED
Friday, 05 January, 2007  10:12:07 AM
Clerk, U.S. District Court, ILCD

FILED

JAN - 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06 ___ 30087 |
| | ) | VIO:  21 U.S.C. §§ 841(a)(1), |
| v. | ) | 841(b)(1)(A), 846, |
| | ) | 864(a)(1)&(2), 841(b)(1)(B), |
| JAMES J . DENBY, JR. | ) | 856(1) |
| JESSICA L. RABICH, | ) | 18 U.S.C. §§ 1512(a)(1)(A) |
| | ) | & 2, 1513(a)(1)(B) & 2 and |
| Defendants. | ) | 373 |

### SUPERCEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Manufacture and Distribute Methamphetamine)

1.      Beginning on or before the Spring of 2004, the exact date being unknown to the Grand Jury, and continuing up to and including November 14, 2006, in the Central District of Illinois and elsewhere, the defendants,

**JAMES J. DENBY, JR., and JESSICA L. RABICH**

knowingly and intentionally attempted, combined, conspired, confederated, and agreed together with each other, and with other persons known and unknown to the Grand Jury, to manufacture and distribute 50 grams or more of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

2.      In furtherance of this conspiracy and to effect and accomplish the objects

of it, one or more of the defendants or conspirators, indicted and unindicted, committed, among others, the following overt acts in the Central District of Illinois and elsewhere:

      a.    Between February 2006 and November 2006 James Denby, Jr. and Jessica Rabich purchased cold pills containing pseudoephedrine for the purpose of manufacturing methamphetamine.

      b.    Between on or before the Spring of 2004 and November of 2004 individuals provided cold pills containing pseudoephedrine to James Denby, Jr. for the purpose of manufacture methamphetamine.

      c.    Between on or before the Spring of 2004 and November of 2004 James Denby, Jr. provided anhydrous ammonia to others for the purpose of manufacturing methamphetamine.

      d.    Between on or before the Spring of 2004 and November of 2004 James Denby, Jr. distributed methamphetamine to others.

      e.    On May 4, 2005 James Denby Jr. traveled from Macoupin County, Illinois to Perry County, Missouri for the purpose of stealing a quantity of anhydrous ammonia that he intended to transport to Macoupin County, Illinois for the purpose of manufacturing methamphetamine.

      f.    On November 14, 2006 James Denby, Jr. and Jessica Rabich possessed with the intent to distribute 5 or more grams of methamphetamine.

      g.    On November 14, 2006 James Denby, Jr. and Jessica Rabich

2

possessed 50 or more grams of a mixture or substance containing a detectable amount

of Methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and

841(b)(1)(A).

## COUNT 2
### (Attempt to Transport Stolen Anhydrous Ammonia)

On or about May 4, 2005, in the Central District of Illinois, the defendant,

**JAMES J. DENBY, JR.**

knowingly and intentionally traveled from Macoupin County, Illinois to Perry County,

Missouri and he stole anhydrous ammonia and attempted to transport the stolen

anhydrous ammonia to Macoupin County, Illinois, knowing, intending, and having

reasonable cause to believe that such ammonia anhydrous would be used to

manufacture Methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 864(a)(1) and (2) and 846.

## COUNT 3
### (Possession with the Intent to Distribute 5 or more grams of Methamphetamine)

On or about November 14, 2006, in the Central District of Illinois, the defendants,

**JAMES J. DENBY, JR., and JESSICA L. RABICH**

knowingly and intentionally possessed with the intent to distribute 5 or more grams of

Methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B).

3

## COUNT 4
(Possession with the Intent to Distribute 50 or more grams of a mixture or substance containing a detectable amount Methamphetamine)

On or about November 14, 2006, in the Central District of Illinois, the defendants,

**JAMES J. DENBY, JR., and JESSICA L. RABICH**

knowingly and intentionally possessed with the intent to distribute 50 or more grams of

a mixture or substance containing a detectable amount of Methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B).

## COUNT 5
(Maintaining a Place to Manufacture Methamphetamine)

On or about November 14, 2006, in the Central District of Illinois, the defendant,

**JAMES J. DENBY, JR.**

knowingly and intentionally used and maintained a place, to wit his residence and

other buildings on the property located at 11490 Liberty Church Lane in Carlinville,

Illinois for the purpose of manufacturing Methamphetamine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section 856(1).

## COUNT 6
(Attempt to Kill a Witness)

On or about December 29, 2006, in the Central District of Illinois, the defendant,

### JESSICA L. RABICH

knowingly attempted to kill another person with the intent to prevent the attendance

and testimony of the person in an official proceeding.

All in violation of Title 18, United States Code, Sections 1512(a)(1)(A) and 2.

## COUNT 7
(Attempt to Retaliate Against a Informant)

On or about December 29, 2006, in the Central District of Illinois, the defendant,

### JESSICA L. RABICH

knowingly attempted to kill another person with the intent to retaliate against the

person for providing to a law enforcement officer information relating to the

commission and possible commission of a federal offense.

All in violation of Title 18, United States Code, Sections 1513(a)(1)(B) and 2.

5

## COUNT 8
(Solicitation to Commit a Crime of Violence)

On or about December 29, 2006, in the Central District of Illinois, the defendant,

**JESSICA L. RABICH**

knowingly and with intent that another person engage in conduct constituting a felony

that has as an element the use, attempted use, or threatened use of physical force

against the person of another in violation of the laws of the United States, to wit, Title

18, United States Code, Sections 1512(a)(1)(A) and 1513(a)(1)(B) and under

circumstances strongly corroborative of that intent, did solicit, command, induce, and

otherwise endeavor to persuade such other person to engage in such conduct.

All in violation of Title 18, United States Code, Section 373.

A TRUE BILL,

s/foreperson
FOREPERSON

s/John Childress

RODGER A. HEATON
UNITED STATES ATTORNEY
GKH

6