E-FILED
Friday, 12 January, 2007  04:14:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 06-30087 |
| v. | ) |
| JAMES J. DENBY, JR., | ) |
| Defendant. | ) |

**MOTION TO CONTINUE TRIAL AND MAKE INTEREST OF JUSTICE FINDING ON COUNT THREE OF SUPERSEDING INDICTMENT**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney and Gregory K. Harris, Assistant United States Attorney for the Central District of Illinois and moves the court to continue the trial on count three of the superseding indictment as to the defendant, James J. Denby, Jr., and to make an interest of justice finding under Section 3161(h)(8)(A) of the Speedy Trial Act (18 U.S.C. 3161 *et seq.*).  For grounds, the United States asserts the following:

1.     On November 14, 2006, a criminal complaint was filed against the defendants, Denby and Jessica L. Rabich.  (R.1, 6-mj-03052)  The defendants appeared before the United States Magistrate on the criminal complaint at their initial appearance on November 15, 2006.  (Docket 11/15/06)

2. On December 7, 2006, a single count indictment was returned against Denby charging him with the offense of possession of 5 or more grams of methamphetamine with the intent to distribute. (R.11) Denby's case was set for trial on February 6, 2007. (Docket 12/12/06)

3. On December 8, 2006, the United States moved to dismiss the criminal complaint against Rabich. (R.11, 6-mj-03052) On December 11, 2006, the motion to dismiss the criminal complaint was granted and the criminal complaint was dismissed. (Docket 12/11/06, 6-mj-03052)

4. On January 4, 2007, a superseding indictment was filed against Denby. (R.13) The indictment added four new charges against Denby in counts 1, 2, 4 and 5. Count 3 charged the defendant with the offense of possession of 5 or more grams of methamphetamine with the intent to distribute as alleged in the original indictment. The superseding indictment also added Rabich as a defendant in six counts of the indictment.

5. Both defendants were arraigned on the superseding indictment on January 8, 2007. The trial for both defendants was set for March 2, 2007. (Docket 1/8/07)

6. Because the charges in the superseding indictment are scheduled for trial on March 2, 2007 (except count 3 as to Denby) the United States moves to continue count 3 (as to Denby) of the superseding indictment from February 6, 2007 to March 2, 2007. The purpose for the request is to allow for the offense alleged in count 3 (as to

Denby) to be tried with the other four new charges against Denby alleged in the superseding indictment on March 2, 2007. The offense alleged in count 3 of the superseding indictment is related to the charges alleged in counts 1,2,4, and 5 of the superseding indictment. Moreover, the same offense charged against Denby's codefendant, Rabich, is scheduled for trial on March 2, 2006. Trying count 3 of the superseding indictment against Denby with the offenses alleged in counts 1,2,4, and 5 of the superseding indictment would allow for one trial rather than two trials which will conserve judicial resources, avoid unnecessary and duplicative expenditure of effort, expense, witness and juror time. Moreover, the continuance allows the defendant additional time to prepare his defense. The United States has additional discovery to provide to Denby based upon the new charges against him and the codefendant Rabich.

7. The United States further seeks a finding by the court under Section 3161(h)(8)(A) of the Speedy Trial Act (18 U.S.C. 3161 *et seq.*) that the ends of justice served by continuing the trial on count 3 of the superseding indictment against Denby from February 6, 2007 to March 2, 2007, outweigh the best interest of the public and the defendant to a speedy trial for the reasons stated in paragraph 7 above. The basis for the United States request does not violate Section 3161(h)(8)(C) of the Speedy Trial Act.

8. Section 3161(c)(1) of the Speedy Trial Act provides that the trial of a defendant charged in an indictment with the commission of an offense shall commence within seventy days from the indictment, or from the date the defendant has appeared

before a judicial officer of the court in which such charge is pending, whichever date last occurs.  In the present case, Denby appeared before the Magistrate on a criminal complaint on November 15, 2006.  On a later date, December 7, 2006. an indictment was returned against Denby. (R.11) Therefore, Denby is entitled to a trial no later than February 15, 2007, minus any excludable time.

9. The Seventh Circuit Court of Appeals has previously approved a decision to continue a trial following the filing of a superseding indictment and the making of an interest of justice finding to conserve judicial resources.  *United States v. Asubonteng*, 895 F.2d 424 (7th Cir. 1990),*cert denied*, 110 S.Ct. 1830.

10. The United States has unsuccessfully attempted to contact counsel for Denby to determine if Denby has any objection to the motion although the defendant's consent is not required.  *Id.* at 427

WHEREFORE, the United States respectfully requests that count 3 of the superseding indictment against Denby be continued from February 6, 2007 to March 2, 2007 and further that the court make an interest of justice finding pursuant to Section 3161(h)(8)(A) the Speedy Trial Act to exclude the time from February 6, 2007 until March 2, 2007, the date of the scheduled trial on the remaining charges in the superseding indictment, from computing the time within which the trial

in Denby's case shall commence.

>Respectfully submitted,
>
>RODGER A. HEATON
>UNITED STATES ATTORNEY
>
>/s/Gregory K. Harris
>Gregory K. Harris
>Assistant United States Attorney
>Illinois Bar 1135163
>318 South 6th Street
>Springfield, IL   62701
>Telephone: 217/492-4450
>Fax: 217/492-4044
>E-mail: gregory.harris@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filingto the following:

>Michael J Costello
>Attorney at Law
>820 South Second Street
>First Floor
>Springfield, IL 62704
>costello.M@sbcglobal.net
>
>Sari B Fiscus
>Attorney at Law
>4330 West Wabash
>Springfield, IL 62711
>sarib56@go.com

>>s:/Gregory K. Harris
>>Gregory K. Harris