E-FILED
Friday, 26 January, 2007 01:13:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 06-3052 |
| | ) | |
| JAMES DENBY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Michael J. Costello, attorney for the Defendant, JAMES DENBY, JR., and for his Motion to Withdraw as Counsel of Record, respectfully states as follows:

1. During the initial appearances before Judge Cudmore, counsel advised Judge Cudmore there might be a conflict in this cause and that he would have to discuss in depth with the Defendant James Denby, Jr.

2. Counsel conferred with James Denby, Jr., and concluded there was no conflict of interest in this case at that time between counsel and the Defendant.

3. However, on January 24, 2007 in a telephone conference with Mr. Gregory Harris, Assistant United States Attorney in charge of the Government's prosecution, Mr. Harris advised counsel that they had interviewed a client of his, Robert Scott, whom they were seeking to testify against the Defendant herein.

4. Mr. Harris advised that Mr. Scott refused to give a statement until he spoke to his counsel Michael J. Costello.

5. Counsel had represented Mr. Scott during the year 2007 in a cause involving prosecution for possession of controlled substance and/or manufacture of controlled substance.

6.As a result, counsel cannot represent Mr. Scott in any proceedings in this matter nor can he represent Mr. James Denby, Jr. because it is a conflict of interest.

7.Counsel would be under a duty to obtain the most favorable result for Mr. Scott in the event of his cooperation with the Government against the Defendant and on behalf of the Defendant would be required to vigorously cross-examine and dispute any testimony of Mr. Scott in the event he testifies.

8.Counsel therefore moves to withdraw as counsel of record for Mr. James Denby, Jr. in this cause and of course cannot represent Mr. Scott in any involvement he may have in this cause.

9.Counsel was prepared to file a motion to suppress evidence based upon illegal search and seizure, a motion to sever the defendants because of a *Bruton* issue, and a motion to sever counts of the indictment because of misjoinder.

10.However, due to the conflict, counsel should take no further action until the court either denies counsel's Motion to Withdraw or if counsel's Motion to Withdraw is allowed, substitute counsel should determine what motions, if any, should be filed.

WHEREFORE, Michael J. Costello, counsel of record, moves that this Motion be allowed.

JAMES DENBY, JR., Defendant

s/ Michael J. Costello
Michael J. Costello Bar No. 522627
Attorney for the Defendant
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 25th day of January, 2007 and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois this 25th day of January.

United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701

s/ Michael J. Costello
Michael J. Costello Bar No. 522627
Attorney for the Defendant
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
costello.m@sbcglobal.net
