E-FILED
Wednesday, 28 February, 2007  01:56:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-30087 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES J. DENBY, JR. and JESSICA L. RABICH, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL AND TO MAKE INTEREST OF JUSTICE FINDING**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney and Gregory K. Harris, Assistant United States Attorney for the Central District of Illinois and the defendant Jessica L. Rabich and moves the court to continue the final pretrial conference and trial for a period of two months.  Furthermore, the United States and defendant Rabich requests the court to make an interest of justice finding under Section 3161(h)(8)(A) of the Speedy Trial Act (18 U.S.C. 3161 *et seq.*) that the ends of justice served by continuing the final pretrial conference and trial for a period of two months, outweigh the best interest of the public and the defendants to a speedy trial.  For grounds, the United States asserts the following:

   1.   On January 4, 2007, a superseding indictment was filed against the defendants Jessica L. Rabich ("Rabich") and James J. Denby, Jr. ("Denby")  (R.13)

   2.    The final pretrial conference is scheduled to be held on March 2, 2007.

The trial is scheduled to begin on March 6, 2007.  (Docket 1/8/07)

  3. Rabich is pregnant and expecting to give birth on or before March 12, 2007.  As a result of her condition, the Bureau of Prisons designated Rabich to be sent to the birthing center for Bureau of Prison Inmates at Carswell Federal Correctional Center in Fort Worth, Texas.  The United States Marshals Service has been informed by medical authorities that Rabich could give birth at any time.  Rabich is currently awaiting giving birth at the Carswell Federal Correctional Center and will be unavailable to appear at the scheduled final pretrial conference on March 2, 2007.

  4. The attorney for Denby was allowed by the court to withdraw from the case due to a conflict of interest.  Denby was directed to notify the court of his new attorney by February 13, 2007.  Denby has not notified the court of his new attorney.

  5. The United States submitted exhibits to the Drug Enforcement Laboratory for fingerprint analysis.  The United States has been informed that there are approximately 500 cases requesting fingerprint analysis before the request in the present case.  Counsel for the United States has been advised that additional time will be needed by the Drug Enforcement Laboratory to conduct the fingerprint analysis.

  6. Counsel for the United States has consulted with counsel for Rabich and Rabich and the United States jointly requests that the final pretrial and trial in the case be continued for approximately two months to allow sufficient time for Rabich to have her baby and to allow for her recovery, and to allow sufficient time for the United States to obtain the result of its request for fingerprint analysis.  Additionally, it appears that

Denby has not obtained counsel to represent him and new counsel for Denby will need sufficient time to prepare a defense.

WHEREFORE, the United States respectfully requests that the final pretrial conference and trial in the case be continued for a period of two months to allow Rabich time to give birth and to allow for her recovery, to allow the United States sufficient time to obtain the result of its request for fingerprint analysis, and to allow Denby to obtain counsel and allow counsel sufficient time to prepare a defense.  Furthermore, the United States and Rabich requests the court to make an interest of justice finding under Section 3161(h)(8)(A) of the Speedy Trial Act (18 U.S.C. 3161 *et seq.*) that the ends of justice served by continuing the final pretrial conference and trial for a period of two months, outweigh the best interest of the public and the defendant to a speedy trial for the reasons stated above.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        /s/Gregory K. Harris
        Gregory K. Harris
        Assistant United States Attorney
        Illinois Bar 1135163
        318 South 6th Street
        Springfield, IL   62701
        Telephone: 217/492-4450
        Fax: 217/492-4044
        E-mail: gregory.harris@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 28, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Sari B Fiscus
>Attorney at Law
>4330 West Wabash
>Springfield, IL 62711


>Michael Costello
>Costello Law Office
>820 South Second Street; 1st Floor
>Springfield, IL 62704

I hereby certify that on <u>February 28, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I sent via United States Postal Service, First Class mail notification and a copy of the Joint Motion to Continue Final Pre-Trial Conference and Trial and to Make Interest of Justice Finding to the following:

>James J. Denby, Jr.
>Inmate No. 07767-026
>Christian County Sheriff's Department
>301 West Franklin Street
>Taylorville, IL 62568

                                                          s:/Gregory K. Harris
                                                          Gregory K. Harris