# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 06-cr-30087 |
| | ) |
| **JAMES J. DENBY, JR.,** | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

NOW COMES **JAMES E. ELMORE,** of Elmore & Reid, Attorneys At Law, and hereby enters his appearance in this cause on behalf of the Defendant, **JAMES J. DENBY, JR.**

        **JAMES J. DENBY, JR., Defendant**

BY:   s/ James E. Elmore
        James E. Elmore Bar No. 7362691
        Attorney For Defendant
        ELMORE & REID
        808 South Second Street
        Springfield, IL  62704
        Telephone:   217/523-2340
        Fax:             217/523-2549

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2007, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Gregory K. Harris
    Assistant U.S. Attorney
    Central District of Illinois
    318 South 6th Street
    Springfield, IL  62701

and I hereby certify that on March 14, 2007, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

    James J. Denby, Jr.

                                        s/ James E. Elmore
                                        James E. Elmore Bar No. 7362691
                                        Attorney For Defendant
                                        ELMORE & REID
                                        808 South Second Street
                                        Springfield, IL  62704
                                        Telephone:   217/523-2340
                                        Fax:          217/523-2549
                                        E-mail:  **elmoreandreid@sbcglobal.net**