UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-30087 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES J. DENBY, JR. and JESSICA L. RABICH, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Gregory K. Harris, Assistant United States Attorney, respectfully shows to this Honorable Court that Robert H. Scott, DOB: 03-14-1935, Inmate Number S04962, is now confined in the Taylorville Correctional Center, Taylorville, Illinois, in the custody of the Warden thereof;

That Robert H. Scott is a potential witness in the above-entitled cause and Robert H. Scott's appearance is necessary in connection with these proceedings on April 30, 2007 at 9:00 a.m. at Springfield, Illinois.

That it is necessary and essential that Robert H. Scott be transported and maintained in the Central District of Illinois for said appearance.

That, in the interest of all parties, it is therefore necessary that Robert H. Scott be transported to the Central District of Illinois and be produced at the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on April 30, 2007, and remanded to the custody of the United States Marshal for his testimony.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be

directed to the Warden of the Taylorville Correctional Center, Taylorville, Illinois and the United States Marshal for the Central District of Illinois, commanding him to transport Robert H. Scott to the Central District of Illinois, and to produce Robert H. Scott in the Federal Building at 600 East Monroe Street, Springfield, Illinois by the hour of 9:00 a.m. on April 30, 2007 and as necessary on any date thereafter.

UNITED STATES OF AMERICA
RODGER A. HEATON
UNITED STATES ATTORNEY

/s/Gregory K. Harris
Gregory K. Harris
Assistant United States Attorney
Illinois Bar 1135163
318 South 6th Street
Springfield, IL  62701
Telephone: 217/492-4450
Fax: 217/492-4044
E-mail: gregory.harris@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-30087 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES J. DENBY, JR. and JESSICA L. RABICH, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN OF THE TAYLORVILLE CORRECTIONAL CENTER,
      TAYLORVILLE, ILLINOIS
      THE UNITED STATES MARSHAL FOR THE CENTRAL
      DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the Taylorville Correctional Center, Taylorville, Illinois, the United States Marshal for the Central District of Illinois, to produce Robert H. Scott, DOB: 03-14-1935, Inmate Number: S04962, in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on April 30, 2007, then and there to appear before the Grand Jury for testimony and after Robert H. Scott has so then and there appeared, that you return Robert H. Scott to the Taylorville Correctional Center, Taylorville, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable John M. Waters, United States District Clerk of this court, and the seal thereof, at the City of Springfield, this _____ day of _____, 2007.

_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-30087 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES J. DENBY, JR. and JESSICA L. RABICH, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Robert H. Scott, DOB: 03-14-1935, Inmate Number S04962, is presently incarcerated in the Taylorville Correctional Center, Taylorville, Illinois, it further appearing that Robert H. Scott is a potential witness in the above-entitled cause and Robert H. Scott's appearance is necessary in connection with these proceedings on April 30, 2007 at 9:00 a.m.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Taylorville Correctional Center, Taylorville, Illinois and the United States Marshal for the Central District of Illinois, to transport the said Robert H. Scott to the Central District of Illinois and to produce the said Robert H. Scott on April 30, 2007 at 9:00 a.m. in the Federal Building at 600 East Monroe Street, Springfield, Illinois, in connection with this cause and then and there to present Robert H. Scott and remand him to the custody of the United States Marshal for Robert H. Scott's federal proceedings.

ENTER: _____, 2007

_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE