E-FILED
Wednesday, 04 April, 2007  04:19:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



APR 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>JAMES J. DENBY, JR. and )<br>JESSICA L. RABICH, )<br>)<br>Defendants. ) | Criminal No. 06-30087<br>VIO: 21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B)(viii) and 841(c)(2),<br>846, 856(1), and 864(a)(1)&(2),<br>18 U.S.C. §§ 1512(a)(2)(A),<br>1513(b)(2), and 373. |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Manufacture and Distribute Methamphetamine)

1.   Beginning in or before the summer of 2002, the exact date being unknown to the Grand Jury, and continuing up to and including November of 2004, in the Central District of Illinois and elsewhere, the defendant,

**JAMES J. DENBY, JR.,**

knowingly and intentionally conspired with other persons known and unknown to the Grand Jury, to manufacture and distribute at least 5 grams of methamphetamine and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

2.   In furtherance of this conspiracy and to effect and accomplish the objects

of it, one or more of the conspirators, indicted and unindicted, committed, among others, the following overt acts in the Central District of Illinois and elsewhere:

    a.    Obtained cold medication pills containing over 240,000 milligrams of pseudoephedrine for the purpose of manufacturing methamphetamine.

    b.    Obtained various chemicals and other items, including but not limited to, anhydrous ammonia, lithium batteries, and tubing for the purpose of manufacturing methamphetamine.

    c.    Provided anhydrous ammonia to others for the purpose of manufacturing methamphetamine.

    d.    Used several buildings, sheds, barns, trailers and other structures located on the property where James Denby, Jr. resided in Carlinville, Illinois for the purpose of manufacturing and distributing methamphetamine.

    e.    Manufactured and distributed methamphetamine on numerous occasions.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Conspiracy to Steal and Transport Stolen Anhydrous Ammonia)

1. Beginning on or before April of 2005, the exact date being unknown to the Grand Jury, and continuing up to and including May 4, 2005, in the Central District of Illinois and elsewhere, the defendant,

**JAMES J. DENBY, JR.,**

knowingly conspired with an individual, hereinafter referred to herein as "Individual A," to (1) steal anhydrous ammonia from a facility in McBride, Missouri; and (2) to transport the stolen anhydrous ammonia across state lines between Missouri and Illinois knowing, intending, and having reasonable cause to believe that such anhydrous ammonia would be used to manufacture a controlled substance, that is, methamphetamine in violation of Title 21, United States Code, Sections 864(a)(1) and (2).

2. In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators, indicted and unindicted, committed, among others, the following overt acts in the Central District of Illinois and elsewhere:

    a. Sometime in April of 2005, James Denby, Jr. and Individual A left Macoupin County, Illinois to travel to a facility in southern Illinois to steal anhydrous ammonia. Prior to arriving at the facility, the vehicle they were riding in, which was owned by James Denby, Jr., broke down causing the men to abandon their plans.

    b. On May 3, 2005, James Denby, Jr. drove Individual A from

Macoupin County, Illinois to a farm services facility in McBride, Missouri for the purpose of stealing anhydrous ammonia.

  c. Individual A stole a quantity of anhydrous ammonia from several anhydrous ammonia tanks located at the farm services facility in McBride, Missouri during the early morning hours of May 4, 2005.

  d. The stolen anhydrous ammonia was placed in the bed of the defendant's truck to be transported across state lines between Missouri and Illinois for the purpose of being used to manufacture methamphetamine.

All in violation of Title 21, United States Code, Section 846.

## COUNT 3
(Conspiracy to Manufacture Methamphetamine)

1.  Beginning on or before February 8, 2006, the exact date being unknown to the Grand Jury, and continuing up to and including November 14, 2006, in the Central District of Illinois and elsewhere, the defendants,

**JAMES J. DENBY, JR. and JESSICA L. RABICH,**

knowingly and intentionally conspired with each other, and with other persons known and unknown to the Grand Jury, to manufacture at least 5 grams of methamphetamine, its salts, isomers, or salts of its isomers in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

2.  In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators, indicted and unindicted, committed, among others, the following overt acts in the Central District of Illinois and elsewhere:

    a.  On or about the dates below the defendants traveled to Wal-Mart stores located in Litchfield, Carlinville, and Springfield, Illinois and obtained the following amounts of cold medication pills containing pseudoephedrine for the purpose of manufacturing methamphetamine:

| Date | Defendant | Location | Amount |
| --- | --- | --- | --- |
| 2/8/06 | Rabich | Litchfield | 1 pack of 10 cold pills |
| 2/11/06 | Denby | Carlinville | 2 packs of 10 cold pills |
| 2/21/06 | Rabich | Litchfield | 1 pack of 10 cold pills |
| 3/28/06 | Rabich | Litchfield | 2 packs of 10 cold pills |

5

| | | | |
|---|---|---|---|
| 4/17/06 | Rabich | Springfield | 1 pack of 10 cold pills |
| 4/17/06 | Denby | Springfield | 1 pack of 10 cold pills |
| 5/9/06 | Rabich | Carlinville | 1 pack of 10 cold pills |
| 5/9/06 | Denby | Carlinville | 1 pack of 10 cold pills |
| 5/9/06 | Denby | Litchfield | 1 pack of 10 cold pills |
| 5/23/06 | Denby | Litchfield | 1 pack of 10 cold pills |
| 5/24/06 | Rabich | Litchfield | 1 pack of 10 cold pills |
| 7/1/06 | Denby | Carlinville | 1 pack of 10 cold pills |
| 7/16/06 | Denby | Litchfield | 1 pack of 10 cold pills |
| 8/3/06 | Rabich | Springfield | 1 pack of 10 cold pills |
| 9/3/06 | Denby | Springfield | 1 pack of 48 cold pills |
| 9/22/06 | Rabich | Carlinville | 1 pack of 10 cold pills |
| 9/26/06 | Denby | Litchfield | 1 pack of 48 cold pills |
| 10/5/06 | Denby | Carlinville | 1 pack of 10 cold pills |
| 11/11/06 | Denby | Carlinville | 1 pack of 10 cold pills |

Total: 21 packs containing 266 cold pills

b.      On or about August 22, 2006, in Farmersville, Illinois, the defendant, James Denby, Jr. possessed a quantity of methamphetamine.

c.      On or about November 14, 2006, at their residence in Carlinville, Illinois, the defendants, James Denby, Jr. and Jessica Rabich possessed a quantity of glassware, chemicals, and other items necessary to manufacture methamphetamine.

  d.  On or about November 14, 2006, at their residence in Carlinville, Illinois, the defendants, James Denby, Jr. and Jessica Rabich possessed a quantity of methamphetamine.

  All in violation of Title 21, United States Code, Section 846.

## COUNT 4
(Possession of a Listed Chemical)

On or about April 17, 2006, in the Central District of Illinois, the defendants,

**JAMES J. DENBY, JR., and JESSICA L. RABICH,**

knowingly and intentionally possessed a listed chemical, that is, pseudoephedrine, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine.

All in violation of Title 21, United States Code, Section 841(c)(2).

## COUNT 5
(Using a Place to Manufacture Methamphetamine)

Beginning on or before the Summer of 2002, the exact date being unknown to the Grand Jury, and continuing up to and including November 14, 2006, in the Central District of Illinois and elsewhere, the defendant,

**JAMES J. DENBY, JR.,**

knowingly and intentionally used several places, for the purpose of manufacturing, distributing, and using methamphetamine, a Schedule II controlled substance, including but not limited to his residence, buildings, and trailers located on the property at 11490 Liberty Church Lane in Carlinville, Illinois,.

All in violation of Title 21, United States Code, Section 856(1).

## COUNT 6
(Tampering with a Witness)

On or about December 29, 2006, in the Central District of Illinois, the defendant,

**JESSICA L. RABICH**,

knowingly attempted to use physical force with the intent to prevent the attendance and testimony of a person in an official proceeding.

All in violation of Title 18, United States Code, Section 1512(a)(2)(A).

## COUNT 7
(Attempt to Retaliate Against an Informant)

On or about December 29, 2006, in the Central District of Illinois, the defendant,

**JESSICA L. RABICH,**

knowingly attempted to cause bodily injury to a person with the intent to retaliate against the person for providing to a law enforcement officer information relating to the commission of a federal offense.

All in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT 8
(Solicitation to Commit a Crime of Violence)

On or about December 29, 2006, in the Central District of Illinois, the defendant,

**JESSICA L. RABICH,**

knowingly and with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, namely, Title 18, United States Code, Sections 1512(a)(2)(A) and 1513(b)(2), and under circumstances strongly corroborative of that intent, did solicit, command, induce, and otherwise endeavor to persuade such other person to engage in such conduct.

All in violation of Title 18, United States Code, Section 373.

A TRUE BILL,

s/foreperson
FOREPERSON

s/Rodger Heaton
RODGER A. HEATON
UNITED STATES ATTORNEY

GKH