**E-FILED**
Wednesday, 11 April, 2007  09:41:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-30087 |
| | ) | |
| JAMES J. DENBY, JR. and | ) | |
| JESSICA L. RABICH, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Eric I. Long, Assistant United States Attorney, as co-

counsel for the United States in this case.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ Eric I. Long

By: _____

Eric I. Long, IL Bar No. 6243382
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  eric.long@usdoj.gov

## CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

James E. Elmore
Elmore & Reid
808 S. Second Street
Springfield, IL  62704


April 11, 2007                                                  s/ Eric I. Long

Date:_____          _____

                                                                       Eric I. Long