UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 06-30087 |
| v. | ) |
| JAMES J. DENBY, JR. and JESSICA L. RABICH, | ) |
| Defendants. | ) |

**RESPONSE ON BEHALF OF THE UNITED STATES TO THE MAGISTRATE JUDGE'S ORDER OF APRIL 10, 2007**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney and Gregory K. Harris, Assistant United States Attorney for the Central District of Illinois and responds to the Order of the United States Magistrate Judge filed on April 10, 2007.

1. The trial in this case is scheduled for May 1, 2007.

2. Robert H. Scott was considered by the United States to be a potential trial witness. Scott is incarcerated at the Taylorville Correctional Center, in Taylorville, Illinois.

3. Prior to April 2, 2007 Scott indicated to the United States that he desired to confer with counsel before agreeing to testify in the case.

4. On April 2, 2007 the United States filed a Petition for Writ of Habeas

Corpus Ad Testificandum to attain the appearance of Scott before the district court on April 30, 2007. The purpose for bringing Scott to the district court on April 30, 2007 was to allow for the appointment of counsel, if Scott qualified, prior to the beginning of the trial on May 1, 2007 to avoid any delay in the trial.

5. The federal grand jury is not scheduled to be in session on April 30, 2007. The next session of the federal grand jury is scheduled to be held on May 1, 2007. The United States had no intention of calling Scott before the federal grand jury pursuant to the requested Writ of Habeas Corpus Ad Testificandum.

6. Subsequent to the Order of the United States Magistrate Judge on April 10, 2007, the United States has decided not to call Scott as a witness in the trial.

WHEREFORE, the United States respectfully requests permission to withdraw its Petition for Writ of Habeas Corpus Ad Testificandum.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

/s/Gregory K. Harris
Gregory K. Harris
Assistant United States Attorney
Illinois Bar 1135163
318 South 6th Street
Springfield, IL  62701
Telephone: 217/492-4450
Fax: 217/492-4044
E-mail: gregory.harris@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>April 11, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sari B Fiscus
    Attorney at Law

    David Drake
    Attorney at Law

    James Elmore
    Attorney at Law

                                     s/Gregory K. Harris
                                       Gregory K. Harris