**UNITED STATES DISTRICT COURT**
**CENTRAL  DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:     06-30087 |
| | ) | |
| JAMES J. DENBY, JR. and | ) | |
| JESSICA L. RABICH, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE**

NOW COMES the Defendant, **James J. Denby, Jr.**, by and through his attorney, JAMES

E. ELMORE, and for his Motion to Continue, states to this Honorable Court as follows:

1.     That this matter is currently set for Pre-Trial for April 16, 2007, at 11:00 a.m., before

this Honorable Court, and Trial is currently set for May 1, 2007, at 9:00 a.m., before this Honorable

Court.

2.     That counsel for Defendant is still continuing to review voluminous amounts of

discovery and, at this time, is not prepared to proceed to Trial in this matter.  In addition, the

Government has filed a Second Superseding Indictment, on April 4, 2007, and there is currently set,

on April 19, 2007, an Arraignment on that Second Superseding Indictment, before Magistrate Judge

Bryon G. Cudmore.

3.     That Counsel for Defendant apologizes to the Court for the late filing of this Motion,

but just concluded a week-long State felony trial  entitled *People v. Dougherty*, Case No. 2002-CF-

614, before the Honorable Leslie Graves.

4.     That Assistant United States Attorney Gregory Harris does not object to this matter

being continued.

WHEREFORE, Defendant, **James J. Denby, Jr.**, prays that this Honorable Court enter an Order continuing the Pre-Trial and Trial settings in the above-entitled cause, to a date not less than sixty (60) days from the date hereof, and for such other and further relief as this Court deems just and equitable.

**JAMES J. DENBY, JR., Defendant**

BY:    <u>s/ James E. Elmore</u>
James E. Elmore Bar No. 7362691
Attorney for Defendant
ELMORE & REID
808 South Second Street
Springfield, IL 62704
Telephone:    (217) 523-2340
Fax:    (217) 523-2549
Email:  <u>elmoreandreid@sbcglobal.net</u>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2007, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Gregory K. Harris                                    Saris B. Fiscus
Assistant U.S. Attorney                                 <u>sarib56@go.com</u>
Central District of Illinois
318 South 6<u>th</u> Street
Springfield, IL 62701                                   Diane Meadows
<u>gregory.harris@usdoj.gov</u>                          <u>diane.meadows@usdoj.gov</u>

and I hereby certify that on April 13, 2007, I have mailed , by United States Postal Service, the foregoing document, to the following non CM/ECF participants:

James J. Denby, Jr.                                     Michael J. Drake
c/o Christian County Jail                               Law Offices of Michael J. Drake
P.O. Box 678                                            940 Williams Boulevard
Taylorville, IL 62568                                   Springfield, IL 62704

                                    <u>s/ James E. Elmore</u>
                                    James E. Elmore Bar No. 7362691
                                    Attorney for Defendant
                                    ELMORE & REID
                                    808 South Second Street
                                    Springfield, IL 62704
                                    Telephone:    (217) 523-2340
                                    Fax:          (217) 523-2549
                                    Email: <u>elmoreandreid@sbcglobal.net</u>