## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 06-cr-30087 |
| JAMES J. DENBY, JR. and JESSICA L. RABICH, | ) ) ) ) |
| Defendants. | ) ) |

### MOTION TO CONTINUE

**NOW COMES** the Defendant, **JAMES J. DENBY, JR.**, by and through his attorney, JAMES E. ELMORE, and for his Motion to Continue, states to this Honorable Court as follows:

1.　This matter is currently set before this Honorable Court for pre-trial on August 20, 2007, at 11:00 a.m., and for trial on September 11, 2007, at 9:00 a.m.

2.　Counsel for Defendant is preparing for the trial in this matter, which includes reviewing voluminous amounts of discovery.

3.　James E. Elmore has conferred with Assistant United States Attorney Gregory Gilmore regarding a continuance of the pre-trial and trial in this case and Assistant United States Attorney Gregory Gilmore has no objection to a continuance of the pre-trial and trial in this matter.

**WHEREFORE**, Defendant, **JAMES J. DENBY, JR.**, prays this Court continue the pre-trial and trial scheduled in this matter on August 20, 2007, at 11:00 a.m. and September 11, 2007, at 9:00 a.m., respectively, to some other specific date to be determined by this Court in excess of at least sixty (60) days and for such other and further relief as this Court deems just and equitable.

**JAMES J. DENBY, JR., Defendant**

BY:   s/ James E. Elmore
James E. Elmore Bar No. 7362691
Attorney for Defendant
ELMORE & REID
808 South Second Street
Springfield, IL 62704
Telephone:   (217) 523-2340
Fax:              (217) 523-2549
Email:  elmoreandreid@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 14, 2007, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Gregory K. Harris
    Assistant U.S. Attorney
    Central District of Illinois
    318 South 6th Street
    Springfield, IL 62701

and I hereby certify that on August 14, 2007, I have mailed, by United States Postal Service, the foregoing document, to the following non CM/ECF participants:

    James J. Denby, Jr.
    c/o Christian County Jail
    P.O. Box 678
    Taylorville, IL 62568

    s/ James E. Elmore
    James E. Elmore Bar No. 7362691
    Attorney for Defendant
    ELMORE & REID
    808 South Second Street
    Springfield, IL 62704
    Telephone:  (217) 523-2340
    Fax:  (217) 523-2549
    Email:  elmoreandreid@sbcglobal.net