E-FILED
Friday, 31 August, 2007 03:16:30 PM
Clerk, U.S. District Court, ILCD

06-30087

Federal Inmates

We are writing to complain about treatment in Christian County Jail. We were wrote up for having paper on our lights. The next day the Jail Administrator sent a letter to us saying we will not be able to receive commissary because of the write up. We spoke with one of the officers about us getting our personal hygiene. The officer wrote the Jail Administrator a letter asking if we could at least order our personal hygiene but he never heard anything back. We then spoke with the officer who wrote us up and he said we shouldn't have lost our commissary. The officer said the write up he wrote on us carried a punishment up to 72 hours only by the rule hand book. We understand the fact that we lost our commissary, but we should have been able to order our personal hygiene.

FILED
AUG 30 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jason Holman
Jim Jenby