UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-cr-30087 |
| ) | |
| JAMES J. DENBY, JR. and ) | |
| JESSICA L. RABICH, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

**NOW COMES** JAMES E. ELMORE of ELMORE & REID, Attorneys At Law, and hereby moves this Court for leave to withdraw as attorney of record for Defendant, **JAMES J. DENBY, JR.** In support of this Motion, JAMES E. ELMORE respectfully submits as follows:

    1.    JAMES E. ELMORE is the attorney of record for Defendant, **JAMES J. DENBY, JR.,** in this cause.

    2.    Irreconcilable differences have arisen between Defendant and Mr. Elmore rendering it impossible for Mr. Elmore to effectively represent Defendant in this matter.

    3.    In addition, Defendant, **JAMES J. DENBY, JR.,** has expressed to his counsel, JAMES E. ELMORE, both in writing and orally, that he no longer desires Mr. Elmore to represent him in this matter.

1

4. The last known address of Defendant, **JAMES J. DENBY, JR.,** is c/o Christian County Jail, P. O. Box 678, Taylorville, Illinois 62568.

**WHEREFORE,** JAMES E. ELMORE prays this Court allow him to withdraw as the attorney of record for Defendant, **JAMES J. DENBY, JR.**

                             **JAMES J. DENBY, JR., Defendant**

BY:   s/ James E. Elmore
        James E. Elmore Bar No. 7362691
        Attorney For Defendant
        ELMORE & REID
        808 South Second Street
        Springfield, IL  62704
        Telephone:   217/523-2340
        Fax:             217/523-2549

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Mr. Gregory K. Harris
Assistant U.S. Attorney
Central District of Illinois
318 South Sixth Street
Springfield, IL  62701

and I hereby certify that on October 17, 2007, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

Mr. James J. Denby, Jr.
c/o Christian County Jail
P. O. Box 678
Taylorville, IL  62568

s/ James E. Elmore
James E. Elmore Bar No. 7362691
Attorney For Defendant
ELMORE & REID
808 South Second Street
Springfield, IL  62704
Telephone:   217/523-2340
Fax:             217/523-2549
E-mail:  elmoreandreid@sbcglobal.net