E-FILED
Wednesday, 17 October, 2007  02:48:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO.: 06-30087 |
| JAMES J. DENBY, JR., | ) ) ) |
| Defendant. | ) |

## MOTION TO SCHEDULE PRETRIAL CONFERENCE

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory K. Harris, moves the court to schedule a pretrial conference to determine the defendant's status regarding his representation of counsel. For grounds, the United States asserts the following:

1. On October 17, 2007 counsel of record for the defendant, James E. Elmore, filed a motion seeking to withdraw as the defendant's attorney.

2. The case is currently scheduled to begin trial on December 4, 2007.

3. The government wishes to proceed to trial as scheduled.

4. The final pretrial conference is scheduled to be held on November 26, 2007.

WHEREFORE, the government requests that a pretrial conference be held to determine the defendant's status regarding his representation of counsel.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


/s/Gregory K. Harris
Gregory K. Harris
Assistant United States Attorney
Illinois Bar 1135163
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
Fax: 217/492-4044
E-mail: gregory.harris@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>October 17, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filingto the following:

      James E. Elmore
      Attorney at Law

      Michael Drake
      Attorney at Law

      <u>s:/Gregory K. Harris</u>
      Gregory K. Harris