E-FILED
Monday, 22 October, 2007  12:07:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Case No.:   06-cr-30087 |
| ) | |
| JAMES J. DENBY, JR. and      ) | |
| JESSICA L. RABICH,      ) | |
| ) | |
| Defendants.      ) | |

## MOTION TO CONTINUE

**NOW COMES** the Defendant, **JAMES J. DENBY, JR.**, by and through his attorney, JAMES E. ELMORE, and for his Motion to Continue, states to this Honorable Court as follows:

1. This matter is currently set before this Honorable Court for a hearing on the Motion to Schedule Pretrial Conference and Motion To Withdraw on October 26, 2007, at 2:30 p.m.

2. Counsel for Defendant, JAMES E. ELMORE, has other previously scheduled matters set on October 26, 2007, including but not limited to, traveling to Stateville Correctional Center, Joliet, Illinois, to conduct a meeting with his client, who is currently charged with a capital murder case, together with experts and/or attorneys involved in this matter.

**WHEREFORE**, counsel for Defendant, **JAMES J. DENBY, JR.**, prays this Court continue the hearing scheduled in this matter on October 26, 2007, at 2:30 p.m. to a time convenient for all parties, and for such other and further relief as this Court deems just and equitable.

                                              **JAMES J. DENBY, JR., Defendant**

BY:    s/ James E. Elmore
           James E. Elmore Bar No. 7362691
           Attorney for Defendant
           ELMORE & REID
           808 South Second Street
           Springfield, IL 62704
           Telephone:   (217) 523-2340
           Fax:               (217) 523-2549
           Email:  elmoreandreid@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2007, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Gregory K. Harris
    Assistant U.S. Attorney
    Central District of Illinois
    318 South 6th Street
    Springfield, IL 62701

and I hereby certify that on October 22, 2007, I have mailed , by United States Postal Service, the foregoing document, to the following non CM/ECF participants:

    James J. Denby, Jr.
    c/o Christian County Jail
    P.O. Box 678
    Taylorville, IL 62568

    s/ James E. Elmore
    James E. Elmore Bar No. 7362691
    Attorney for Defendant
    ELMORE & REID
    808 South Second Street
    Springfield, IL 62704
    Telephone:  (217) 523-2340
    Fax:         (217) 523-2549
    Email: elmoreandreid@sbcglobal.net