E-FILED
Tuesday, 13 November, 2007  03:36:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO.: 06-30087 |
| JAMES J. DENBY, JR., | ) |
| Defendant. | ) |

### MOTION TO SCHEDULE STATUS HEARING

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory K. Harris, moves the court to schedule a status hearing to determine if the defendant has acquired new counsel. For grounds, the United States asserts the following:

1.  The jury trial in the above-captioned case is scheduled to begin on December 4, 2007.

2.  On October 17, 2007 the defendant's former counsel filed a motion seeking to withdraw as the defendant's attorney.

3.  At a hearing on November 2, 2007 the court allowed the defendant's counsel to withdraw.

4.  During the hearing, the defendant represented to the court that he would have new counsel within the next few days. The court directed that new counsel file his or her appearance by November 7, 2007.

5.  The docket sheet reflects that new counsel has not filed an appearance to date.

6.  Previously, the defendant took approximately one and one-half months to acquire new counsel after the date set by the court.

WHEREFORE, the United States requests that a status hearing be held to determine if the defendant has obtained new counsel.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

/s/Gregory K. Harris
Gregory K. Harris
Assistant United States Attorney
Illinois Bar 1135163
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
Fax: 217/492-4044
E-mail: gregory.harris@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


I hereby certify that on November 13, 2007 I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

    James Denby
    c/o Sangamon County Jail
    200 South 9th Street
    Springfield, IL 62701


        /s/Gregory K. Harris
         Gregory K. Harris
         Assistant United States Attorney