IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-30087 |
| | ) | |
| JAMES DENBY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

The undersigned enters his appearance as attorney of record for the Defendant, JAMES DENBY, JR., in the above cause and requests that copies of all notices and pleadings relative to the above cause of action be forwarded to the undersigned.

Respectfully submitted,

JAMES DENBY, JR., Defendant

By: /s/ Richard D. Frazier
  One of His Attorneys

Richard D. Frazier (6193113)
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL  62791
(217)753-4242

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Assistant U.S. Attorney Greg Harris

      /s/ Richard D. Frazier