IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-30087 |
| | ) | |
| JAMES DENBY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE TRIAL SETTING

NOW COMES the Defendant, JAMES DENBY, JR., by and through his attorney, RICHARD D. FRAZIER, of the law firm of METNICK, CHERRY, FRAZIER, SABIN & PERRIN, LLP., and in support of his Motion to Continue Trial Setting, states as follows:

1. On this date, the undersigned counsel entered his appearance for the above Defendant.

2. A jury trial is presently set for December 4, 2007 in the above-referenced matter.

3. Discovery in the above-referenced matter is voluminous.

4. At this time, it is believed that the undersigned counsel will need at least 120 days to investigate ths case and prepare for trial.

WHEREFORE, for the above reasons, the Defendant, JAMES DENBY, JR., prays that this Honorable Court continue the December 4, 2007 trial setting in the above-referenced matter.

Respectfully submitted,

JAMES DENBY, JR., Defendant

By:    <u>/s/ Richard D. Frazier</u>
       One of His Attorneys

Richard D. Frazier (6193113)
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL  62791
(217)753-4242

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>November 15, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Assistant U.S. Attorney Greg Harris

      <u>/s/ Richard D. Frazier</u>