E-FILED
Friday, 11 January, 2008  04:21:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 06-30087 |
| JAMES DENBY, JR., | ) |
| Defendant. | ) |

## MOTION TO EXTEND MOTION FILING DEADLINE FOR TEN DAYS

NOW COMES the Defendant, JAMES DENBY, JR., by and through his attorney, RICHARD D. FRAZIER, of the law firm of METNICK, CHERRY, FRAZIER, SABIN & PERRIN, LLP., and in support of his Motion to Extend Motion Filing Deadline For Ten Days, states as follows:

1.	This Court previously set a deadline for January 15, 2008, for the Defendant to file any pretrial motions.

2.	The undersigned counsel's uncle passed away yesterday, January 10, 2008, and it is expected that the undersigned counsel will be out-of-town until Tuesday, January 15, 2008.

3.	Assistant State's Attorney, Gregory Harris, has no objection to this motion.

WHEREFORE, the Defendant, JAMES DENBY, JR., respectfully requests that this Honorable Court extend the motion filing deadline until Friday, January 25, 2008.

Respectfully submitted,

JAMES DENBY, JR., Defendant

By:      /s/ Richard D. Frazier  
        One of His Attorneys

Richard D. Frazier (6193113)  
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.  
Attorneys at Law  
Suite 200 Myers Building  
P.O. Box 12140  
Springfield, IL  62791  
(217)753-4242

## CERTIFICATE OF SERVICE

    I hereby certify that on <u>January 11, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                              Assistant U.S. Attorney Greg Harris

                              <u>/s/ Richard D. Frazier</u>