IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 06-30087 |
| JAMES DENBY, JR., | ) ) | |
| Defendant. | ) ) | |

**MOTION TO DECLARE SEARCH OF DEFENDANT'S RESIDENCE AND PROPERTY UNCONSTITUTIONAL AS A VIOLATION OF THE FOURTH AMENDMENT AND SUPPRESS ALL EVIDENCE WHICH ARE THE FRUITS OF THIS ILLEGAL SEARCH**

NOW COMES the Defendant, JAMES DENBY, JR., by and through his attorney, Richard D. Frazier, of the law firm of METNICK, CHERRY, FRAZIER, SABIN & PERRIN, LLP, and in support of his Motion to Declare Search of Defendant's Residence And Property Unconstitutional As A Violation Of The Fourth Amendment And Suppress All Evidence Which Are The Fruits Of This Illegal Search, states as follows:

1. A second superceding indictment was filed against the Defendant on April 4, 2007, alleging, among other things, that the Defendant committed the offenses of manufacturing and distributing methamphetamine.

2. This motion is directed at Counts I, III and V of that second superceding indictment, all of which arise out of a warrant obtained to search the Defendant's house and property on November 14, 2006.

3. On November 14, 2006, and for some time prior to this time, the Defendant and his girlfriend and Co-Defendant, Jessica Rabich, were residing in rural Macoupin County at 11490 Liberty Church Lane, Carlinville, Illinois. Also residing at that residence at that time was a woman by the name of Brandy R. Crawford.

4. On November 13, 2006, at approximately 9:15 p.m., an individual by the name of Benjamin B. Buus, gave a statement to Inspector Brian Lawton of the Illinois State Police, indicating that he believed there was anhydrous ammonia on the Defendant's property. At the time Mr. Buus provided this information to the Illinois State Police, he had just been released from prison the previous month from a conviction for felony forgery and was on parole with the Illinois Department of Corrections. It is unknown whether Mr. Buus was serving as a confidential informant or was under investigation for other criminal charges and cooperating with authorities at the time he provided this information to the Illinois State Police.

5. In his statement to the Illinois State Police, Buus informed Inspector Lawton that he went to Mr. Denby's residence at 8:30 p.m. the same evening to retrieve his father's truck which was being stored at Mr. Denby's residence. Buus advised Inspector Lawton that when he arrived, he "met with Mr. Denby at the entrance of a shed located on the north end of the property". Buus informed Inspector Lawton that Mr. Denby told Mr. Buus to leave his property. Buus alleged that while he spoke with Mr. Denby, he could smell a "very strong odor of anhydrous ammonia coming from the shed." Buus did not observe any farm equipment in the area. Buus was familiar with the smell of anhydrous ammonia since he grew up on a farm. Inspector Lawton stated in his affidavit that anhydrous ammonia is typically used in the manufacture of methamphetamine.

6. Armed with this information, Inspector Lawton sought a search warrant in the Circuit Court of Macoupin County for not only the shed, but for Mr. Denby's residence and all other structures on his rural property.

7. At 1:10 a.m. on November 14, 2006, the Honorable Diane L. Brunton, granted the complaint for a search warrant and issued a search warrant which allowed law enforcement authorities to search and seize the following:

> You are therefore commanded with necessary and proper assistance to enter and upon (*sic*) the above described residence, including any persons present within said dwelling, together with any out buildings and vehicles located on said premises, and then diligently search for the above-described items and things, all being evidence of fruit of the crime of possession of violation of the Methamphetamine Control Act, and if the same, or any part thereof, be found upon search, to seize the same and bring the said items and things before the undersigned judge, or in his/her absence, before some other judge, of the Circuit Court of the Seventh Judicial Circuit, Macoupin County, Illinois, to be dealt with and disposes (*sic*) of according to law.

8. Pursuant to the issuance of the search warrant, law enforcement officials searched the home and property of Mr. Denby at approximately 2:20 a.m. on November 14, 2006.

9. The affidavit for the search warrant does not provide any information concerning Mr. Buus' felony forgery conviction nor his status as a parolee.

10. Law enforcement officials allegedly found various amounts of methamphetamine and other contraband in the residence, as well as methamphetamine and other contraband in the shed and other structures located on Mr. Denby's property.

11. The smell of anhydrous ammonia, even a strong smell of anhydrous ammonia, in a shed in a rural setting does not authorize the search of the owner's residence nor the shed or any structure located on the property.

12. It is respectfully requested that this Court issue an Order which declares this search to be unconstitutional in violation of the Fourth Amendment of the United State's Constitution. It is requested that this Court subsequently order that all alleged contraband seized pursuant to the search warrant be suppressed from evidence, and any and all statements derived from any individual arrested on the premises during and subsequent to this search be suppressed.

WHEREFORE, the Defendant, JAMES M. DENBY, JR., prays that this Honorable Court declare the search of Defendant's residence and property unconstitutional as a violation of the Fourth Amendment and suppress all evidence which are the fruits of this illegal search.

               Respectfully submitted,

               JAMES DENBY, JR., Defendant

      By:   /s/ Richard D. Frazier
          One of His Attorneys

Richard D. Frazier (6193113)
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL  62791
(217)753-4242

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>January 25, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Assistant U.S. Attorney Greg Harris

        Attorney Michael J. Drake

        <u>/s/ Richard D. Frazier</u>