## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES J. DENBY, JR. and )<br>JESSICA L. RABICH, )<br>)<br>Defendant. ) | Criminal No. 06-30087 |

## PETITION FOR WRIT OF HABEAS
## CORPUS AD TESTIFICANDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gregory K. Harris, Assistant United States Attorney, respectfully show to this Honorable Court that Matthew B. Hill, Inmate No. K88174, date of birth September 19, 1962, is now confined in the Logan Correctional Facility, Lincoln, Illinois, in the custody of the Warden thereof.

That Matthew B. Hill's appearance is necessary in connection with the hearing in the above-captioned case which is scheduled to begin at 9:00 a.m. on March 4, 2008.

That, in the interest of all parties, it is necessary that Matthew B. Hill be transported to the Central District of Illinois and be produced at the Federal Building at 600 East Monroe Street, Springfield, Illinois by the hour of 9:00 a.m. on March 4, 2008.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Logan Correctional Facility, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, commanding them to transport

Matthew B. Hill to the Central District of Illinois, and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on March 4, 2008 to testify at the hearing in the above-captioned case and as necessary on any date thereafter.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Gregory K. Harris
Gregory K. Harris
Illinois Bar 1135163
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: gregory.harris@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                  Plaintiff,   ) | |
| v.      ) | Criminal No. 06-30087 |
| JAMES J. DENBY, JR. and   ) | |
| JESSICA L. RABICH,     ) | |
|                  Defendant.   ) | |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Matthew B. Hill, Inmate No. K88174, date of birth September 19, 1962, is presently incarcerated in the Logan Correctional Facility, Lincoln, Illinois and it further appearing that the said Matthew B. Hill is a witness in this cause and his appearance is necessary in connection with the hearing in the above cause at 9:00 a.m. on March 4, 2008.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of the Logan Correctional Facility, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Matthew B. Hill to the Central District of Illinois and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 9:00 a.m. on March 4, 2008, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

_____
BYRON G. CUDMORE
United States Magistrate Judge

ENTERED: This _____ day of February, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-30087 |
| ) | |
| JAMES J. DENBY, JR. and ) | |
| JESSICA L. RABICH, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:  The Warden of Logan Correctional Facility
     U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Logan Correctional Facility, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Matthew B. Hill, Inmate No. K88174, date of birth September 19, 1962, to the Central District of Illinois, and to produce Matthew B. Hill in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on March 4, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Matthew B. Hill to the Logan Correctional Facility, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of February 2008.

_____
PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois