IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-30087 |
| ) | |
| JAMES J. DENBY, JR. and ) | |
| JESSICA L. RABICH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Matthew B. Hill, Inmate No. K88174, date of birth September 19, 1962, is presently incarcerated in the Logan Correctional Facility, Lincoln, Illinois and it further appearing that the said Matthew B. Hill is a witness in this cause and his appearance is necessary in connection with the hearing in the above cause at 9:00 a.m. on March 4, 2008.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of the Logan Correctional Facility, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Matthew B. Hill to the Central District of Illinois and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 9:00 a.m. on March 4, 2008, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore
BYRON G. CUDMORE
United States Magistrate Judge

ENTERED: This 11th day of February, 2008.