E-FILED
Monday, 11 February, 2008  01:45:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-30087 |
| ) | |
| JAMES J. DENBY, JR. and ) | |
| JESSICA L. RABICH, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   The Warden of Logan Correctional Facility
      U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Logan Correctional Facility, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Matthew B. Hill, Inmate No. K88174, date of birth September 19, 1962, to the Central District of Illinois, and to produce Matthew B. Hill in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on March 4, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Matthew B. Hill to the Logan Correctional Facility, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of February 2008.

_____
PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois