# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JAMES J. DENBY, JR., and JESSICA L. RABICH | | DISTRICT COURT Central District of Illinois |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Gregory K. Harris<br>Eric I. Long | DEFENDANT'S ATTY.<br>Richard Frazier | DOCKET NUMBER 06-30087<br>TRIAL DATE(S) 3/4/2008 |
| PRESIDING JUDGE<br>Jeanne Scott | COURT REPORTER<br>Kathy Sullivan | COURTROOM DEPUTY<br>Christy Taylor |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Pictures taken during search |
| 2 | | | | | Photographs of Denby's residence and shed and ariel photos |
| 3 | | | | | Glass pint jar containing liquid |
| 4 | | | | | Glass pint jar containing coffee filters with methamphetamine residue |
| 5 | | | | | Plastic Planters Peanut jar containing 3 bags of methamphetamine |
| 6 | | | | | Three bags of methamphetamine |
| 7 | | | | | Bag containing methamphetamine |
| 8 | | | | | 9" glass pie plate containing liquid |
| 9 | | | | | Blister packs containing 20 Advil Cold & Sinus pills |
| 10 | | | | | Blister packs containing 20 Advil Cold & Sinus pills |
| 11 | | | | | Open box of Tylenol Allergy Sinus pills containing 20 tablets |
| 12 | | | | | 2005 boxes of pseudoephedrine |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JAMES J. DENBY, JR., and JESSICA L. RABICH | | | | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Gregory K. Harris<br>Eric I. Long | | | | | DEFENDANT'S ATTY.<br>Richard Frazier | DOCKET NUMBER 06-30087 |
| | | | | | | TRIAL DATE(S) 3/4/2008 |
| PRESIDING JUDGE<br>Jeanne Scott | | | | | COURT REPORTER<br>Kathy Sullivan | COURTROOM DEPUTY<br>Christy Taylor |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 13 | | | | | Box of Benadryl Allergy and Sinus tablets | |
| 14 | | | | | Articles and emails about manufacturing methamphetamine | |
| 15 | | | | | Methamphetamine Recipe | |
| 16 | | | | | Methamphetamine Recipe | |
| 17 | | | | | Packaging material | |
| 18 | | | | | Steel box containing Triple Beam Scale | |
| 19 | | | | | Rival vacuum/heat sealer | |
| 20-23 | | | | | Four surveillance cameras inside residence | |
| 24 | | | | | Vacuum/Heat Sealer packaging materials | |
| 25 | | | | | Red flowered bag containing glass smoking pipe with methamphetamine residue | |
| 26-27 | | | | | Two boxes of Sudafed | |
| 28 | | | | | Sakata Video Monitor | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JAMES J. DENBY, JR., and JESSICA L. RABICH | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Gregory K. Harris Eric I. Long | | | | | DEFENDANT'S ATTY. Richard Frazier | DOCKET NUMBER 06-30087 |
| | | | | | | TRIAL DATE(S) 3/4/2008 |
| PRESIDING JUDGE Jeanne Scott | | | | | COURT REPORTER Kathy Sullivan | COURTROOM DEPUTY Christy Taylor |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 29 | | | | | Passport of Denby | |
| 30 | | | | | Aluminum foil boats with methamphetamine residue | |
| 31 | | | | | Hot plate | |
| 32 | | | | | Tin foil with methamphetamine residue | |
| 33 | | | | | Invoice of clean-up | |
| 34 | | | | | Photograph of anhydrous ammonia tank applicator | |
| 35 | | | | | Pills obtained in 2004 | |
| 36 | | | | | Videotape of propane tank destroyed in Perry County, Missouri | |
| 37 | | | | | Aluminum foil boat with methamphetamine | |
| 38 | | | | | Metal smoking device | |
| 39 | | | | | Employment Records - Trucking Tarps | |
| 40 | | | | | Employment Records - Human Resource Specialists | |
| 41 | | | | | Photographs of crime scene taken in Perry County, Missouri | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JAMES J. DENBY, JR., and JESSICA L. RABICH | | | | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Gregory K. Harris<br>Eric I. Long | | | | DEFENDANT'S ATTY.<br>Richard Frazier | | DOCKET NUMBER 06-30087 |
| | | | | | | TRIAL DATE(S) 3/4/2008 |
| PRESIDING JUDGE<br>Jeanne Scott | | | | COURT REPORTER<br>Kathy Sullivan | | COURTROOM DEPUTY<br>Christy Taylor |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 42 | | | | | Empty package of latex gloves | |
| 43 | | | | | Partial roll of Teflon tape | |
| 44 | | | | | Piece of bicycle tube | |
| 45 | | | | | Pair of orange latex gloves found in truck bed | |
| 46 | | | | | Piece of bicycle tube found in truck bed | |
| 47 | | | | | Orange funnel found in truck bed | |
| 48 | | | | | Glass bottle containing methamphetamine taken from Denby's left front pocket | |
| 49 | | | | | Red funnel found in trash can with propane tank | |
| 50 | | | | | Wal-Mart bag containing 2 eight packs of lithium batteries | |
| 51 | | | | | K-Mart receipt dated 5/3/05 for purchase of latex gloves | |
| 52 | | | | | Schnuck's pharmacy bag | |
| 53 | | | | | K-Mart bag | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JAMES J. DENBY, JR., and JESSICA L. RABICH | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Gregory K. Harris Eric I. Long | | | | DEFENDANT'S ATTY. Richard Frazier | DOCKET NUMBER 06-30087 | |
| | | | | | TRIAL DATE(S) 3/4/2008 | |
| PRESIDING JUDGE   Jeanne Scott | | | | COURT REPORTER Kathy Sullivan | COURTROOM DEPUTY Christy Taylor | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 54 | | | | | Black case containing 10 plastic baggies, cough syrup cup with white residue, and U.S. balance gram scale | |
| 55 | | | | | Open roll of Reynolds foil | |
| 56 | | | | | Two pieces of tin foil with methamphetamine residue | |
| 57 | | | | | Walgreen's receipt for 2 boxes of Aleve Cold & Sinus 20 count tablets | |
| 58 | | | | | Walgreen's bag containing 3 unopened boxes of Aleve Cold & Sinus 20 count tablets and a 10 count tablet unopened box of Schnuck's Suphedrine | |
| 59 | | | | | Glass smoking pipe containing methamphetamine residue | |
| 60 | | | | | Miranda Warning form signed by Denby in Perry County, Missouri | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JAMES J. DENBY, JR., and JESSICA L. RABICH | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Gregory K. Harris Eric I. Long | | | | | DEFENDANT'S ATTY. Richard Frazier | DOCKET NUMBER 06-30087 |
| | | | | | | TRIAL DATE(S) 3/4/2008 |
| PRESIDING JUDGE Jeanne Scott | | | | | COURT REPORTER Kathy Sullivan | COURTROOM DEPUTY Christy Taylor |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |