IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-30087 |
| ) | |
| JAMES J. DENBY, JR. and ) | |
| JESSICA L. RABICH, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   The Warden of Logan Correctional Facility
      U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Logan Correctional Facility, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Matthew B. Hill, Inmate No. K88174, date of birth September 19, 1962, to the Central District of Illinois, and to produce Matthew B. Hill in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on March 4, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Matthew B. Hill to the Logan Correctional Facility, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this __11th__ day of February 2008.

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois

I have partially executed this writ by taking custody of the within named _____
at _____
on _____ and transported him to the
_____ at _____
on _____ .

   U. S. MARSHAL,

_____
  DEPUTY U. S. MARSHAL

} Returned Unexecuted.
Deft. pled guilty
2-28-08.
J. Hood

I have partially executed this writ by taking custody of the within named _____
at _____
on _____ and transported him to the
_____ at _____
on _____ .

   U. S. MARSHAL,

_____
  DEPUTY U. S. MARSHAL