**E-FILED**
Tuesday, 10 June, 2008  11:04:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-30087 |
| | ) | |
| JAMES DENBY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES the Defendant, JAMES DENBY, JR., by and through his attorney, RICHARD D. FRAZIER, of the law firm of METNICK, CHERRY, FRAZIER, SABIN & PERRIN, LLP., and in support of his Motion to Continue Sentencing Hearing, states as follows:

1.     A sentencing hearing is scheduled for July 21, 2008, at 10:00 a.m.,  in the above-referenced matter.

2.     At the time this matter was scheduled, the undersigned counsel for the Defendant was scheduled to be on vacation on the above-referenced date.

3.     Assistant U.S. Attorney, Gregory Harris, has no objection to a continuance in the above-referenced matter.

WHEREFORE, for the above reasons, the Defendant, JAMES DENBY, JR., prays that this Honorable Court continue the July 21, 2008 sentencing hearing in the above-referenced matter.

1

Respectfully submitted,

JAMES DENBY, JR., Defendant


By:  _____/s/ Richard D. Frazier___
One of His Attorneys

Richard D. Frazier (6193113)
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL  62791
(217)753-4242

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Greg Harris

/s/ Richard D. Frazier